**Order entered September 24, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00864-CV

### IN THE INTEREST OF S.H.V. AND P.J.V.C., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-00307**

## ORDER

We **GRANT** appellant's September 20, 2013 unopposed motion for an extension of time to file her brief. Appellant shall file her brief on or before September 27, 2013. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     DAVID LEWIS
JUSTICE